IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:21MJ552 |
| vs. | NOTICE OF SUBSTITUTION OF COUNSEL |
| RYDER WHITE HAWK SIERRA, | |
| Defendant. | |

The United States hereby notifies the Court of the substitution of John J. Schoettle, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Michael P. Norris, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
Acting United States Attorney
District of Nebraska

By: s/ John J. Schoettle
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3865
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: john.schoettle@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                            s/ John J. Schoettle
                                            JOHN J. SCHOETTLE